**UNITED STATES DISTRICT COURT**
**District of Maine**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Crim. No. 10-82-P-S |
| | ) | |
| **ROY CLARK,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 14, 2010, his Recommended Decision (Docket No. 61). Defendant filed his Objection to the Recommended Decision (Docket No. 63) on October 1, 2010. Plaintiff filed its Response to Defendant's Objection to the Recommended Decision (Docket No. 64) on October 15, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, including listening to the audio recording of the hearing; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Suppress and Dismiss (Docket No. 40) is **DENIED**.

        /s/George Z. Singal
        U.S. District Judge

Dated this 21st day of October, 2010